IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DEWIGHT ALEXANDER, | ) |
| Petitioner, | ) |
| v. | ) CV 113-010 |
| FNU TERRY, Warden, | ) |
| Respondent. | ) |

**O R D E R**

The above-captioned petition for a writ of habeas corpus was filed in the Augusta Division of the United States District Court for the Southern District of Georgia. However, the petition, filed pursuant to 28 U.S.C. § 2254,[1] challenges a judgment of conviction that was entered in the Ben Hill County Superior Court, which is located in the Middle District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the district in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d); see also Bell v. Watkins, 692 F.2d 999, 1013 (5th Cir. 1982) (approving transfer of § 2254 petition from district of incarceration to district where petitioner was convicted). Therefore, it is **ORDERED** that the captioned action is **TRANSFERRED** to the United States District

---

[1] Although the instant petition was drafted using a state habeas corpus form, based on the fact that Petitioner commenced this action in federal court challenging a state court conviction, he appears to seek relief pursuant to § 2254.

Court for the Middle District of Georgia for further consideration.  The Clerk of Court is **DIRECTED** to immediately forward the file to that District.

    SO ORDERED this 5th day of February, 2013, at Augusta, Georgia.

                                     HONORABLE J. RANDAL HALL
                                     UNITED STATES DISTRICT JUDGE
                                     SOUTHERN DISTRICT OF GEORGIA